O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM HANSON,<br><br>        Petitioner,<br><br>        v.<br><br>DAVID BAUGHMAN, Warden,<br><br>        Respondent. | Case No.: CV 16-04250-JGB (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS THEREFORE ORDERED that:

     (1)    Petitioner's request for an evidentiary hearing is denied; and

*//*

*//*

(2) Judgment shall be entered denying the petition and dismissing this action with prejudice.

Dated: October 3, 2017

_____
JESUS G. BERNAL
United States District Judge