O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM HANSON, <br> Petitioner, <br> v. <br> DAVID BAUGHMAN, Warden, <br> Respondent. | Case No.: CV 16-04250-JGB (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: October 3, 2017

_____
JESUS G. BERNAL
United States District Judge